IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-24718

**CREATIVE PHOTOGRAPHERS INC.,**

    Plaintiff

v.

**PRODUCCION & DISTRIBUCION CORP.,**

    Defendant

_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, PRODUCCION & DISTRIBUCION CORP.,("Defendant") by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure, files this Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. Specifically, Defendant requests that the time to respond be enlarged 20 days from the date now set to April 3, 2024:

1.    Plaintiff filed its Complaint on or about December 13, 2023. Defendant was served with a copy of the Complaint on February 22, 2024.

2.    Defendant's counsel requires more time to analyze and investigate the allegations set forth in Plaintiff's Complaint. Accordingly, Defendant requests an extension allowing Defendant until April 3, 2024, to respond to Plaintiff's Complaint.

3.    This brief extension is being requested in good faith and does not prejudice the parties in any way.

.

4. Defendant's counsel certifies they have conferred with Plaintiff's counsel, Daniel DeSouza and Meghan Medacier, regarding the instant motion in accordance with Southern District of Florida Local Rule 7.1. Plaintiff's counsel has no opposition Defendant's request.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of March. 2024, I electronically filed the foregoing with the Clerk of the Court.

Dated: March 11, 2024                    Respectfully submitted,

By:   /s/ *Viktor Lyusi*
Viktor Lyusi
Bar No. 1021454
Lorri Lomnitzer
Bar No. 37632
The Lomnitzer Law Firm, P.A.
7999 N Federal Hwy, Suite 202
Boca Raton, FL 33487
Tel: (561) 953-9300
Fax: (561) 953-3455
Email: Viktor@lomnitzerlaw.com
*Attorneys for Defendant*