### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

**CREATIVE PHOTOGRAPHERS INC.,**

    Plaintiff,                                              Case No. 1:23-cv-24718

v.

**PRODUCCION & DISTRIBUCION CORP.**

    Defendant.

_____/

### DEFENDANT'S NOTICE OF CHANGE OF CONTACT INFORMATION

Attorney Viktor Lyusi files this Notice of Change of Contact Information in the above-captioned case.

Please send all correspondence for the CM/ECF filings to Viktor@Lomnitzerlaw.com and Litigation@Lomnitzerlaw.com.

Further, VIKTOR LYUSI new physical address is:

The Lomnitzer Law Firm, P.A.
7999 N. Federal Hwy. Suite 202
Boca Raton, FL 33487
Ph. 561-953-9300

Dated: April 11, 2024

                                                                  Respectfully submitted,

                                                                  By: */s/ Viktor Lyusi*
                                                                  VIKTOR LYUSI
                                                                  Florida Bar No. 1021454
                                                                  Viktor@Lomnitzerlaw.com
                                                                  THE LOMNITZER LAW FIRM, P.A.
                                                                  7999 N. Federal Highway, Ste. 202
                                                                  Boca Raton, FL 33487
                                                                  Telephone: (561) 953-9300

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 11, 2024 a true and correct copy of this Notice of Change of Contact Information was filed using CM/ECF, which will send a notice of electronic filing to all counsel of record.

By: /s/ Viktor Lyusi
Viktor Lyusi
Florida Bar No. 1021454
