**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:23-cv-24718

**CREATIVE PHOTOGRAPHERS INC.,**

    Plaintiff

v.

**PRODUCCION & DISTRIBUCION CORP.,**

    Defendant

_____/

### DEFENDANT'S COUNSEL NOTICE OF APPEARANCE ON BEHALF OF PRODUCCION & DISTRIBUCION CORP.

PLEASE TAKE NOTICE that the Lomnitzer Law Firm, P.A. and its attorney, Lorri Lomnitzer, Esq., hereby enters her appearance on behalf of Defendant, PRODUCCION & DISTRIBUCION CORP., and requests that all future pleadings, court papers, and correspondence in this action be directed to her.

Lorri Lomnitzer, Esq

1. Lorri@LomnitzerLaw.com
2. Litigation@LomnitzerLaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of April, 2024, I electronically filed the foregoing with the Clerk of the Court.

Dated: April 22, 2024

Respectfully submitted,

By: _/s/ Lorri Lomnitzer_
Lorri Lomnitzer
Bar No.37632
The Lomnitzer Law Firm, P.A.
7999 N Federal Hwy, Suite 202
Boca Raton, FL 33487
Tel: (561) 953-9300
Fax: (561) 953-3455
Lorri@Lomnitzerlaw.com
_Attorney for Defendant_