THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-24718-FAM

CREATIVE PHOTOGRAPHERS INC.,

    Plaintiff,

v.

PRODUCCION & DISTRIBUCION CORP.,

    Defendant.

_____

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Creative Photographers Inc. ("Plaintiff") and defendant Produccion & Distribucion Corp. ("Defendant") (collectively, the "Parties"), being all parties who entered an appearance in this lawsuit, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein, with prejudice, and with each party to bear the cost of its own attorneys' fees and costs incurred in this lawsuit. The Parties have entered into a confidential settlement agreement that fully resolves this lawsuit.

Dated: September 16, 2024.

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com | THE LOMNITZER LAW FIRM, P.A.<br>7999 N Federal Hwy, Suite 202<br>Boca Raton, FL 33487<br>Tel: (561) 953-9300<br>Fax: (561) 953-3455<br>Lorri@Lomnitzerlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| By: /s/ Daniel DeSouza<br>    Daniel DeSouza, Esq. | By: /s/ Lorri Lomnitzer<br>    Lorri Lomnitzer, Esq. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza__
Daniel DeSouza, Esq.